# Commonwealth of Massachusetts

MIDDLESEX,SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. ~~2581CV01571~~

Stephen Jarvis
_____, PLAINTIFF(S),

v.
The Home Depot U.S.A, Inc.
_____, DEFENDANT(S)

## SUMMONS

The Home Depot U.S.A, Inc
THIS SUMMONS IS DIRECTED TO _____ . (Defendant's name)

**You are being sued.**  The Plaintiff(s) named above has started a lawsuit against you.  A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the ~~Middlesex Superior~~ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**  If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint.  You will also lose the opportunity to tell your side of the story.  You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff.  **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**  To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented).  You can do this by:
   a. Filing your **signed original** response with the Clerk's Office for Civil Business, Woburn Court, _____(address), by mail or in person, **AND** 200 Trade Center, Woburn, MA 01801
   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 286 Merrimack Street, Methuen, MA 01844

3. **What to include in your response.**  An **"Answer"** is one type of response to a Complaint.  Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint.  Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court.  If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer.  Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit.  If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer.  You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient.  A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.**  If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

A true copy Attest:

Joseph R. Casey
8-5-25
Deputy Sheriff Suffolk County

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Heidi Brieger,
Witness Hon███████████t, Chief Justice on _____, 20___.

_signature_

Michael A. Sullivan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____, 20___    Signature: _____

N.B.    TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

, 20___

# 1

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                                            MIDDLESEX SUPERIOR COURT

|  |  |
|---|---|
| STEPHEN JARVIS )<br>      Plaintiff )<br>)<br>vs. )<br>)<br>)<br>HOME DEPOT U.S.A., INC. )<br>      Defendant ) | <u>COMPLAINT</u><br><br>6/25/2025    **RECEIVED** |

## <u>PARTIES</u>

1.  The plaintiff, Stephen Jarvis, is a natural person residing at 61 Mansion Drive, Lowell, Middlesex County, Massachusetts.

2.  The defendant, Home Depot U.S.A., Inc., is a foreign corporation, engaged in the business of home improvement retail in Massachusetts, with its principal office located at 2455 Paces Ferry Road Atlanta, Fulton County, Georgia.

## <u>COUNT I</u>

3.  The plaintiff, Stephen Jarvis, repeats, realleges and incorporates by reference paragraphs 1-2 of this Complaint, and by reference makes them a part of this Count.

3.  On or about July 10, 2023, Stephen Jarvis was a lawful business invitee at the Defendant's Home Depot store in Tewksbury, Massachusetts.

4.  While crouched down searching for an item, a stack of boxes fell on the back of Mr. Jarvis' neck at the base of his skull on the right side, right shoulder and mid back.

5.  Defendant, Home Depot U.S.A., Inc., through its agents, servants or employees, had a duty to maintain the store, keep it in a safe condition, free from danger and defect to its business invitees.

6.  Defendant, Home Depot U.S.A., Inc., through its agent, servants or employees, failed to exercise due care in maintaining their store and products placed in their store which allowed for a dangerous and unsafe condition to exist on its premises, i.e., a high and unstable stack of heavy boxes.

7.    Defendant, Home Depot U.S.A., Inc., through its agents, servants or employees, failed to inform or warn Stephen Jarvis, a business invitee at the store under defendant's control, and allowed a dangerous and unsafe condition to exist on its premises.

8.    Defendant, Home Depot U.S.A., Inc., through its agents, servants or employees, negligently failed to properly store retail items and maintain the aisles free of dangerous or hazardous areas and to provide a safe environment for its customers.

9.    Defendant, Home Depot U.S.A., Inc., its agents, servants or employees, knew, or could have known, by the use of ordinary and reasonable care or inspection, of the unsafe and dangerous existing on its premises.

10.    As a direct and proximate result of the negligence of the defendant, Home Depot U.S.A., Inc., its agents, servants or employees, Stephen Jarvis, has suffered and continues to suffer great pain of body and mind, has incurred and continues to incur considerable medical expense, loss of earning capacity, diminished quality of life, and has suffered permanent loss of bodily function.

WHEREFORE, plaintiff, Stephen Jarvis, demands judgment against the defendant, The Home Depot U.S.A., Inc., plus interest and costs.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES RAISED IN THIS COMPLAINT.**

Respectfully submitted,
Plaintiff,
By His Attorney,

Nicholas M. Carrozza Esq.
B.B.O No: 696606
Peter J. Carrozza, Esq.
B.B.O. No: 076440
Carrozza Law P.C.
286 Merrimack Street
Methuen, MA 01844
CarrozzaLaw@comcast.net

Dated: June 25, 2025

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br>**2581CV01571** | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

| CASE NAME:<br>Jarvis, Stephen vs. The Home Depot U.S.A., Inc. | Michael A. Sullivan, Clerk of Court<br>Middlesex County |
|---|---|

| TO: Nicholas M Carrozza, Esq.<br>Carrozza Law, P.C.<br>286 Merrimack St<br>Methuen, MA 01844 | COURT NAME & ADDRESS<br>Middlesex County Superior Court - Woburn<br>200 Trade Center<br>Woburn, MA 01801 |
|---|---|

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE | | |
|---|---|---|---|
| | SERVED BY | FILED BY | HEARD BY |
| Service of process made and return filed with the Court | | 09/23/2025 | |
| Response to the complaint filed (also see MRCP 12) | | 10/23/2025 | |
| All motions under MRCP 12, 19, and 20 | 10/23/2025 | 11/24/2025 | 12/22/2025 |
| All motions under MRCP 15 | 10/23/2025 | 11/24/2025 | 12/22/2025 |
| All discovery requests **and depositions** served and non-expert depositions completed | 04/21/2026 | | |
| All motions under MRCP 56 | 05/21/2026 | 06/22/2026 | |
| Final pre-trial conference held and/or firm trial date set | | | 10/19/2026 |
| Case shall be resolved and judgment shall issue by | | | 06/25/2027 |

**The final pre-trial deadline is not the scheduled date of the conference.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED<br>06/25/2025 | ASSISTANT CLERK<br>**Dia S Roberts-Tyler** | PHONE<br>**(781)939-2745** |
|---|---|---|